PROB 22
(Rev. 02/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER (Tran. Court)
08-CR-56-C-01

DOCKET NUMBER (Rec. Court)
CR 08-272 ADM

19

2008 AUG 28 AM 11:10

| NAME & ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Dr. Walter J. Palmer<br>11413 Landing Road<br>Eden Prairie, MN 55347 | Western Wisconsin | Madison |

NAME OF SENTENCING JUDGE
Honorable Barbara B. Crabb

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 07/15/08 | 07/14/09 |

OFFENSE

False Statement to U.S. Fish and Wildlife Service, in violation of 18 U.S.C. § 1001 ; a Class D felony

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __Western__ DISTRICT OF __Wisconsin__

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __District of Minnesota__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_August 6, 2008_
Date

_Barbara B. Crabb_
United States District Judge

*This sentence may be deleted in the discretion of the transferring court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF __Minnesota__

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after entry of this order.

_22 August 2008_
Effective Date

_Ann D. Montgomery_
United States District Judge Ann D. Montgomery

SCANNED
SEP 05 2008
U.S. DISTRICT COURT ST. PAUL

A TRUE COPY, Certified
SEP - 2 2008
Joel Turner, Acting Clerk
U.S. District Court
Western District of Wisconsin
BY _Erica L. Clark_
Deputy Clerk